IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ZOUMANA BAKAYOKO, | ) |
| Plaintiff, | ) |
| v. | ) 1:14CV993 |
| PANERA BREAD, | ) |
| Defendant. | ) |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on November 13, 2015, was served on the parties in this action. (ECF Nos. 34, 35.) Plaintiff filed an Objection to the Recommendation (ECF No. 36) and Defendant responded (ECF No. 37). The Court has appropriately reviewed the portions of the Magistrate Judge's Recommendation to which objection was made and has made a *de novo* determination which is in accord with the Magistrate Judge's Recommendation. The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss for Failure to Comply with Court's Order and Failure to Prosecute (ECF No. 25) is granted and this action is DISMISSED WITH PREJUDICE. A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 11th day of December, 2015.

/s/ Loretta C. Biggs
United States District Judge